# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **EOLAS TECHNOLOGIES INCORPORATED,** | |
| Plaintiff, | Civil Action No. 6:15-cv-01038-RWS |
| v. | **LEAD CASE** |
| **AMAZON.COM, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER

Pursuant to the Court's scheduling conference Order (Dkt. 44) the Court's oral guidance and orders at the April 7, 2016 scheduling conference, and the Court's April 21, 2016 Order (Dkt. 82), Plaintiff Eolas Technologies Incorporated ("Eolas" or "Plaintiff") and Defendants Amazon.com, Inc. ("Amazon"); Google Inc. ("Google"); and Wal-Mart Stores, Inc. and Wal-Mart Stores Texas, LLC ("Walmart") (collectively "Defendants") jointly submit an agreed proposed Protective Order, attached hereto.

Dated: April 29, 2016

| Respectfully submitted, | /s/ Jennifer H. Doan |
|---|---|

/s/ *Kevin L. Burgess*
Kevin L. Burgess
Lead Attorney
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
James Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
Jennifer Van Dusen
Texas State Bar No. 24087087
jvandusen@mckoolsmith.com
**McKool Smith, P.C.**
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Mike McKool
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
McKool Smith, P.C.
104 East Houston Street
Suite 300
Marshall, TX 75670
Telephone: (903) 923-9002
Telecopier: (903) 923-9099

**ATTORNEYS FOR PLAINTIFF EOLAS TECHNOLOGIES INCORPORATED**

/s/ *Jennifer H. Doan*
Jennifer Haltom Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
J. Randy Roeser
Texas Bar No. 24089377
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: 903.255.1000
Facsimile: 903.255.0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com
Email: rroeser@haltomdoan.com

Douglas E. Lumish
California State Bar No. 183863
Richard G. Frenkel
California State Bar No. 204133
Jeffrey G. Homrig
California State Bar No. 215890
Amit Makker
California State Bar No. 280747
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600
Email: doug.lumish@lw.com
Email: rick.frenkel@lw.com
Email: jeff.homrig@lw.com
Email: amit.makker@lw.com

Joseph H. Lee
California State Bar No. 248046
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714.540.1235
Facsimile: 714.755.8290
Email: joseph.lee@lw.com
Grant E. Kinsel
Washington Bar No. 49576

2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-3516
Facsimile: 206-359-9000
Email: Gkinsel@perkinscoie.com
**ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.**

/s/ *Bijal V. Vakil*
Bijal V. Vakil
CA State Bar No.: 192878
(Admitted to practice in E.D. Texas)
Shamita D. Etienne-Cummings
CA State Bar No.: 202090
(Admitted to practice in E.D. Texas)
Thomas C. Flynn
CA State Bar No.: 257945
 (admitted to practice in E.D. Texas)
Allen W. Wang
CA State Bar No.: 278953
(admitted to practice in E.D. Texas)
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: bvakil@whitecase.com
Email: setienne@whitecase.com
Email: tflynn@whitecase.com
Email: allen.wang@whitecase.com

J. Thad Heartfield
State Bar No. 09346800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789
Email: thad@heartfieldlawfirm.com
**ATTORNEYS FOR DEFENDANTS WAL-MART STORES, INC. AND WAL-MART STORES TEXAS, LLC**

3

*/s/ David A. Perlson*

Charles K. Verhoeven, CA Bar No. 170151
 charlesverhoeven@quinnemanuel.com
David A. Perlson, CA Bar No. 209502
 davidperlson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Tel: 415-875-6600
Fax: 415-875-6700

Michael E. Jones, SBN: 10929400
 mikejones@potterminton.com
Patrick C. Clutter, SBN: 24036374
 patrickclutter@potterminton.com
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 29, 2016.

*/s/ James Quigley*
James Quigley

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Eolas and Defendants have discussed the contemporaneously submitted Agreed Joint Protective, Joint Discovery, and Joint Docket Control Orders. After meeting and conferring by email and phone on the issues, the parties agreed they had reached an agreement on the issues, except as to issues discussed above and shown in the attached proposed order(s).

*/s/ James Quigley*
James Quigley
